Submitted on record and briefs May 5, vacated in part; otherwise affirmed
June 21, 2000

MICHAEL BRAUN,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-07-29917M; CA A106993)

7 P3d 593

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).